UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **WABCO HOLDINGS, INC.,** | : | |
| | : | Hon. Dennis M. Cavanaugh |
| Plaintiff, | : | Civil Action No. 09-3179 (DMC) |
| | : | |
| -vs- | : | |
| | : | |
| **BENDIX COMMERCIAL VEHICLE SYSTEMS, LLC,** | : | <u>ORDER</u> |
| | : | |
| Defendant. | : | |

**THIS MATTER** having come before the Court by way of Defendant Bendix Commercial Vehicle Systems, LLC's motion to stay this matter during the pendency of the United States Patent and Trademark Office's *ex parte* reexamination of the patent-in-suit [CM/ECF Docket Entry No. 36]; and for the reasons stated in the accompanying Opinion issued on this date;

    **IT IS** on this 25th of June, 2010

    **ORDERED** that Defendant Bendix's motion to stay is **granted**.

    /s/Mark Falk
    **MARK FALK**
    **United States Magistrate Judge**